**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

MALIBU MEDIA, LLC,               )
                                 )
      Plaintiff,               )   Civil Case No. 1:18-cv-73
                                 )
v.                               )
                                 )
JOHN DOE subscriber assigned IP address   )
73.213.160.55,                   )
                                 )
      Defendant.               )
                                 )

<u>**ERRATA**</u>

     Pursuant to LCvR 5.1(c), Plaintiff, files the attached revised Complaint in the above-captioned matter.

                         Respectfully submitted,

                         MALIBU MEDIA, LLC.
                         PLAINTIFF
                         By: _/s/ *Jon A. Hoppe*_____
                         Jon A. Hoppe, Esquire #438866
                         *Counsel*
                         Law Offices of Jon A. Hoppe,
                         Esquire, LLC
                         1025 Connecticut Avenue, NW
                         Ste. 1000
                         Washington, DC. 20036
                         Tel: (202) 587-2994
                         E-mail: jhoppe@mhhhlawfirm.com